

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

MAR 12 2008

D. MARK JONES, CLERK
BY _____
DEPUTY CLERK

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

March 6, 2008

150 Frank E. Moss
United States Courthouse
350 South Main Street
Salt Lake City, UT 84101

Re:   Transfer of our Civil Case No.  2:08-CV-00371-VBF (JCx)

Case Title:  Kenneth Griswold v. Snow, Christensen & Martineau

Dear Sir/Madam:

    An order having been made transferring the above-numbered case to your district, we are
transmitting herewith our entire original file in the action, together with certified copies of the order and
the docket.  Please acknowledge receipt of same and indicate below the case number you have assigned
to this matter on the enclosed copy of this letter and return it to our office.  Thank you for your
cooperation.

```
***Please use your Court's Pacer Account and
Password to access all Electronic Filing
documents to our website:
http://ecf.cacd.uscourts.gov
```

Very truly yours,

Clerk, U.S. District Court

By _____  J. Lam (213) 894-7982

Deputy Clerk

cc:   All counsel of record

=============================================================================

## TO BE COMPLETED BY RECEIVING DISTRICT

Receipt is acknowledged of the documents described herein and we have assigned this matter case
number CV: _____.

```
Case: 2:08cv00197
Assigned To : Wells, Brooke C.
Assign. Date : 3/12/2008
Description: Griswold v. Snow
Christensen and Martineau
```

Clerk, U.S. District Court

By _____

Deputy Clerk

CV-22 (01/01)          **TRANSMITTAL LETTER - CIVIL CASE TRANSFER OUT**